United States Courts
Southern District of Texas
FILED

August 3, 2020

David J. Bradley, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | CRIMINAL NO. |
| v. § | |
| § | Count 1: 18 U.S.C. § 641 |
| SABRINA MARIE ADDISON- § | |
| GUILLORY, § | 4:20-cr-311 |
| Defendant. § | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
**Theft of Government Property Greater than $1,000**
**(18 U.S.C. § 641)**

From in or around March 2003, and continuously through in and around July 2018, within the Southern District of Texas,

**SABRINA MARIE ADDISON-GUILLORY,**

defendant herein, did embezzle, steal, purloin, and knowingly convert to her own use and the use of another, money of the United States of a value greater than $1,000, namely, monthly Social Security benefits intended for the benefit of defendant's mother, who passed away in February 2003, which money defendant was not entitled to receive.

In violation of Title 18, United States Code, Section 641.

### NOTICE OF CRIMINAL FORFEITURE
**(28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C))**

Pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 981(a)(1)(C), the United States gives notice to the defendant,

**SABRINA MARIE ADDISON-GUILLORY,**

that in the event of conviction of the offense charged in this Information, the United States intends

to seek forfeiture of all property, real or personal, which constitutes or is derived from proceeds traceable to such offense.

## Money Judgment and Substitute Assets

The United States may seek imposition of a money judgment against the defendant. In the event that a condition listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of the defendant in substitution up to the total value of the property subject to forfeiture.

RYAN K. PATRICK
United States Attorney

By:   /s/ Benjamin C. Sandel
Benjamin C. Sandel
Special Assistant United States Attorney
713-567-9726